AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

**AUG – 4 2025**

**JEFFREY P. COLWELL**
**CLERK**

| | |
|---|---|
| DAVITI LAPACHI | ) |
| *Petitioner* | ) |
| | ) |
| v. | ) |
| | ) |
| PAMELA BONDI, U.S. Attorney General | )  Case No. _____ |
| KRISTI NOEM, Secretary U.S. Department of Homeland Security | ) |
| ROBERT GUADIAN, Denver Field Office | )  *(Supplied by Clerk of Court)* |
| Director ICE Enforcement and Removal Operations | ) |

John Harlin, Sheriff, The Natrona County Detention
Center, Casper, Wyoming

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241
### Personal Information

1.    (a) Your full name:   Daviti Lapachi
      (b) Other names you have used: _____

2.    Place of confinement:
      (a) Name of institution:   Natrona County Detention Center
      (b) Address:   1100 Bruce Ln. Casper, WY 82601

      (c) Your identification number:   A-Number: 249384280

3.    Are you currently being held on orders by:
      ☑ Federal authorities      ☐ State authorities      ☐ Other - explain:

4.    Are you currently:

      ☐ A pretrial detainee (waiting for trial on criminal charges)
      ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____

         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
      ☑ Being held on an immigration charge
      ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5.    What are you challenging in this petition:
      ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention

☑ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory
   maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: _____

_____

_____

6.   Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court:   THE NATRONA COUNTY DETENTION CENTER

    1100 Bruce Ln. Casper, WY 82601

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

    Withholding of Removal was granted by IJ on February 6, 2025  while he was in detention

    but the DHS did not release the respondent from the detention without any justification.

    (d) Date of the decision or action:   02/06/2025

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ☑ Yes    ☐ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court:  Supervisory Detention & Deportation Officer

        U.S. Immigration and Customs Enforcement and Removal Operations Denver Field Office

        (2) Date of filing:  06/10/2025

        (3) Docket number, case number, or opinion number:  N/A

        (4) Result:  None

        (5) Date of result:

        (6) Issues raised:  Request to release the respondent based on the relief granted by the IJ Immigration

        Judge. Notified about the dangers he is facing at the detention center, his mental, emotional, phisical well

        being as a result of the unreasonable and delayed detention.

    (b) If you answered "No," explain why you did not appeal: _____

_____

8.   **Second appeal**

    After the first appeal, did you file a second appeal to a higher authority, agency, or court?

    ☐ Yes    ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a second appeal:  My attorney filed multiple requests to ICE which is the agency who detains me.

9.  **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☑ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court: _____

    (2)  Date of filing: _____
    (3)  Docket number, case number, or opinion number: _____
    (4)  Result: _____
    (5)  Date of result: _____
    (6)  Issues raised: _____

(b)  If you answered "No," explain why you did not file a third appeal:  My attorney filed multiple requests to ICE which is the agency who detains me.

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☑ No

If "Yes," answer the following:

(a)  Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes          ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: _____

_____

_____

_____

_____

_____

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☑ Yes          ☐ No

If "Yes," provide:

(a) Date you were taken into immigration custody: 08/01/2024

(b) Date of the removal or reinstatement order: 02/06/2025

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes          ☑ No

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:

(1)  Date of filing: _____

(2)  Case number: _____

(3)  Result: _____

(4)  Date of result: _____

(5)  Issues raised: _____

_____

_____

_____

_____

_____

(d)    Did you appeal the decision to the United States Court of Appeals?

☐ Yes                    ☑ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Date of filing: _____

(3)  Case number: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

12.    **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:    Follow ups

(b)  Name of the authority, agency, or court:    Supervisory Detention & Deportation Officer U.S. Immigration and Customs Enforcement Enforcement and Removal Operations

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result: _____

(f)  Date of result: _____

(g)  Issues raised: _____

_____

_____

_____

_____

_____

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13.    State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:**    49. The Fifth Amendment's Due Process Clause deprivation of life, liberty and and property without due process of law.

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

49. The Fifth Amendment's Due Process Clause provides that "[n]o person shall be deprived of life, liberty, or property, without due process of law." It specifically "entitles aliens to due process of law in deportation proceedings.

(b)  Did you present Ground One in all appeals that were available to you?

☑ Yes            ☐ No

**GROUND TWO:** _____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Two in all appeals that were available to you?

☐ Yes            ☐ No

**GROUND THREE:** _____

(a)  Supporting facts *(Be brief.  Do not cite cases or law.)*:

(b)  Did you present Ground Three in all appeals that were available to you?

☐ Yes            ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

❑ Yes                    ❑ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

## Request for Relief

15. State exactly what you want the court to do:  Assume jurisdiction over this action pursuant to 28 U.S.C. § 2241

Find Petitioner's detention by DHS violates the Due Process Clause of the Fifth Amendment;

Issue a writ of habeas corpus and order Petitioner's release;

_____

_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    08/01/2025    _____

*Signature of Petitioner*

_____

*Signature of Attorney or other authorized person, if any*

AO 242 (Rev. 09/17)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Instructions

1. **Who Should Use This Form**.  You should use this form if
   - you are a federal prisoner and you wish to challenge the way your sentence is being carried out *(for example, you claim that the Bureau of Prisons miscalculated your sentence or failed to properly award good time credits)*;
   - you are in federal or state custody because of something other than a judgment of conviction *(for example, you are in pretrial detention or are awaiting extradition)*; or
   - you are alleging that you are illegally detained in immigration custody.

2. **Who Should Not Use This Form**.  You should not use this form if
   - you are challenging the validity of a federal judgment of conviction and sentence *(these challenges are generally raised in a motion under 28 U.S.C. § 2255)*;
   - you are challenging the validity of a state judgment of conviction and sentence *(these challenges are generally raised in a petition under 28 U.S.C. § 2254)*; or
   - you are challenging a final order of removal in an immigration case *(these challenges are generally raised in a petition for review directly with a United States Court of Appeals)*.

3. **Preparing the Petition**.  The petition must be typed or neatly written, and you must sign and date it under penalty of perjury.  **A false statement may lead to prosecution.**

4. **Answer all the questions.**  You do not need to cite law.  You may submit additional pages if necessary.  If you do not fill out the form properly, you will be asked to submit additional or correct information.  If you want to submit any legal arguments, you must submit them in a separate memorandum.  Be aware that any such memorandum may be subject to page limits set forth in the local rules of the court where you file this petition.  If you attach additional pages, number the pages and identify which section of the petition is being continued.  All filings must be submitted on paper sized 8½ by 11 inches.  **Do not use the back of any page.**

5. **Supporting Documents**.  In addition to your petition, you must send to the court a copy of the decisions you are challenging and a copy of any briefs or administrative remedy forms filed in your case.

6. **Required Filing Fee.**  You must include the $5 filing fee required by 28 U.S.C. § 1914(a).  If you are unable to pay the filing fee, you must ask the court for permission to proceed in forma pauperis – that is, as a person who cannot pay the filing fee – by submitting the documents that the court requires.

7. **Submitting Documents to the Court.**  Mail your petition and  4  copies to the clerk of the United States District Court for the district and division in which you are confined.  For a list of districts and divisions, see 28 U.S.C. §§ 81-131.  All copies must be identical to the original.  Copies may be legibly handwritten.

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

8. **Change of Address**.  You must immediately notify the court in writing of any change of address.  If you do not, the court may dismiss your case.



**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**AURORA IMMIGRATION COURT**

Respondent Name:

    LAPACHI, DAVITI

To:

    Gendelberg, Leonard R.
    128 Brighton Beach Avenue
    Suite# 218
    Brooklyn, NY 11235

A-Number:
249384280
Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security
Date:
02/06/2025

## ORDER OF THE IMMIGRATION JUDGE

☑ This is a summary of the oral decision entered on 02/06/2025. The oral decision in this case is the official opinion, and the immigration court issued this summary for the convenience of the parties.

☐ Both parties waived the issuance of a formal oral decision in this proceeding.

**I.    Removability**

The immigration court found Respondent ☐ removable ☑ inadmissible under the following Section(s) of the Immigration and Nationality Act (INA or Act): INA 212(a)(6)(A)(i).

The immigration court found Respondent ☐ not removable ☐ not inadmissible under the following Section(s) of the Act:

**II.    Applications for Relief**

Respondent's application for:

A.  Asylum/Withholding/Convention Against Torture

    ☐ Asylum was ☐ granted ☑ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Withholding of Removal under INA § 241(b)(3) was ☑ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Withholding of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Deferral of Removal under the Convention Against Torture was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

    ☐ Respondent knowingly filed a frivolous application for asylum after notice of the consequences. *See* INA § 208(d)(6); 8 C.F.R. §1208.20

B. Cancellation of Removal

☐ Cancellation of Removal for Lawful Permanent Residents under <u>INA § 240A(a)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Cancellation of Removal for Nonpermanent Residents under <u>INA § 240A(b)(1)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

☐ Special Rule Cancellation of Removal under <u>INA § 240A(b)(2)</u> was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

C. Waiver

☐ A waiver under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

D. Adjustment of Status

☐ Adjustment of Status under INA § was ☐ granted ☐ denied ☐ withdrawn with prejudice ☐ withdrawn without prejudice

E. Other

**III.    Voluntary Departure**

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ denied.

☐ Respondent's application for ☐ pre-conclusion voluntary departure under INA § 240B(a) ☐ post-conclusion voluntary departure under INA § 240B(b) was ☐ granted, and Respondent is ordered to depart by                    . The respondent must post a $ bond with DHS within five business days of this order. Failure to post the bond as required or to depart by the required date will result in an alternate order of removal to taking effect immediately.

☐ The respondent is subject to the following conditions to ensure his or her timely departure from the United States:

☐ Further information regarding voluntary departure has been added to the record.

☐ Respondent was advised of the limitation on discretionary relief, the consequences for failure to depart as ordered, the bond posting requirements, and the consequences of filing a post-order motion to reopen or reconsider:

If Respondent fails to voluntarily depart within the time specified or any extensions granted by the DHS, Respondent shall be subject to a civil monetary penalty as provided by relevant statute, regulation, and policy. *See* INA § 240B(d)(1). The immigration court has set
☐   the presumptive civil monetary penalty amount of $3,000.00 USD
☐   $ USD instead of the presumptive amount.
If Respondent fails to voluntarily depart within the time specified, the alternate order of removal shall automatically take effect, and Respondent shall be ineligible, for a period of

10 years, for voluntary departure or for relief under sections 240A, 245, 248, and 249 of the Act, to include cancellation of removal, adjustment of status, registry, or change of nonimmigrant status. *Id.* If Respondent files a motion to reopen or reconsider prior to the expiration of the voluntary departure period set forth above, the grant of voluntary departure is automatically terminated; the period allowed for voluntary departure is not stayed, tolled, or extended. If the grant of voluntary departure is automatically terminated upon the filing of such a motion, the penalties for failure to depart under section 240B(d) of the Act shall not apply.

If Respondent appeals this decision, Respondent must provide to the Board of Immigration Appeals (Board), within 30 days of filing an appeal, sufficient proof of having posted the voluntary departure bond. The Board will not reinstate the voluntary departure period in its final order if Respondent does not submit timely proof to the Board that the voluntary departure bond has been posted.

In the case of conversion to a removal order where the alternate order of removal immediately takes effect, where Respondent willfully fails or refuses to depart from the United States pursuant to the order of removal, to make timely application in good faith for travel or other documents necessary to depart the United States, to present himself or herself at the time and place required for removal by the DHS, or conspires to or takes any action designed to prevent or hamper Respondent's departure pursuant to the order of removal, Respondent may be subject to a civil monetary penalty for each day Respondent is in violation. If Respondent is removable pursuant to INA § 237(a), then he or she shall be further fined or imprisoned for up to 10 years.

**IV.    Removal**

☑    Respondent was ordered removed to GEORGIA.

☐    In the alternative, Respondent was ordered removed to

☐    Respondent was advised of the penalties for failure to depart pursuant to the removal order:

> If Respondent is subject to a final order of removal and willfully fails or refuses to depart from the United States pursuant to the order, to make timely application in good faith for travel or other documents necessary to depart the United States, to present himself or herself at the time and place required for removal by the DHS, or conspires to or takes any action designed to prevent or hamper Respondent's departure pursuant to the order of removal, Respondent may be subject to a civil monetary penalty for each day Respondent is in violation. If Respondent is removable pursuant to INA § 237(a), then he or she shall be further fined or imprisoned for up to 10 years.

**V.    Other**

☐ Proceedings were ☐ dismissed ☐ terminated with prejudice ☐ terminated without prejudice ☐ administratively closed.

☐ Respondent's status was rescinded under INA § 246.

☐ Other:

Immigration Judge: KAUFMAN, MATTHEW 02/06/2025

Appeal:      Department of Homeland Security: ☐ waived  ☑ reserved
             Respondent:                      ☐ waived  ☑ reserved
Appeal Due: 03/10/2025

### Certificate of Service

This document was served:
Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable
To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ E ] Noncitizen's atty/rep. | [ E ] DHS
Respondent Name : LAPACHI, DAVITI | A-Number : 249384280
Riders:
Date: 02/06/2025 By: GUTHRIE, KIMBERLY, Court Staff

## Leonard R. Gendelberg, Esq.

| | |
|---|---|
| **From:** | Douglas Schumacker <dschumacker@natronacounty-wy.gov> |
| **Sent:** | Thursday, July 24, 2025 5:31 PM |
| **To:** | Jail Admin |
| **Cc:** | Leonard R. Gendelberg, Esq. |
| **Subject:** | RE: In the Matter of Lapachi Daviti 249-384-280 |

Taken care of

**From:** Legal Department <legal@GendelbergLaw.com>
**Sent:** Thursday, July 24, 2025 2:55 PM
**To:** Jail Admin <JailAdmin@natronacounty-wy.gov>
**Cc:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Subject:** In the Matter of Lapachi Daviti 249-384-280

---

CAUTION: Please be cautious. This email originated from outside the County.
Use your Phish Alert button to report suspicious email or call your IT support team. Do not forward suspicious emails.

---

Dear Sir or Madam,

I am writing regarding our client, **Daviti Lapachi** (A-Number: 249-384-280), a native and citizen of Georgia, who seeks immediate release from detention under **28 U.S.C. § 2241**.
Mr. Lapachi entered the United States on **July 23, 2024**, and subsequently filed applications for **asylum, withholding of removal**, and protection under the **Convention Against Torture (CAT)**.
While detained by ICE, Mr. Lapachi had an **individual hearing before the Aurora Immigration Court** on **February 2, 2025**. At that hearing, his asylum application was denied pursuant to the **Circumvention of Lawful Pathways Rule**. However, his application for **Withholding of Removal** was **granted** by Immigration Judge **Matthew Kaufman** on the same date. *(See attached decision.)*
The **Department of Homeland Security** did not appeal the Immigration Judge's decision to the **Board of Immigration Appeals**, making the grant of withholding **final**.
Despite the final order granting relief from removal, Mr. Lapachi has remained in ICE custody for **nearly a year** without legal justification. His attorney has submitted **multiple requests** for release following the grant of relief, but those requests have **not received a response**.
Mr. Lapachi was initially detained at the **Denver Contract Detention Facility**, 3130 N. Oakland St., Aurora, CO 80010. However, he was recently transferred to the **Natrona County Detention Center** in **Casper, Wyoming**, without explanation.

We respectfully request the following:
1. **An explanation** for the recent transfer of Mr. Lapachi to a different facility;
2. **A clear timeline** or justification regarding his continued detention and expected release date.

Given that Mr. Lapachi has already been granted relief from removal, there is **no legal basis** for his continued detention.

We appreciate your prompt attention to this matter.

Very truly yours,

1



**Legal Department**
Gendelberg Law, PLLC

 (718) 400-2004
 (718) 400-2006
 Legal@GendelbergLaw.com
 www.GendelbergLaw.com
 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**Leonard R. Gendelberg, Esq.**

| | |
|---|---|
| **From:** | Leonard R. Gendelberg, Esq. |
| **Sent:** | Tuesday, June 10, 2025 11:32 AM |
| **To:** | Supervisor.DenverCDF |
| **Cc:** | Mariam Janelidze; Nini Alavidze; Legal Department; Kinsey, Mark C; Tamari Modebadze |
| **Subject:** | RE: URGENT re: Daviti Lapachi, A# 249-384-280 |

Dear Mr. Haddock:

We are in the process of preparing and filing a Petition for Writ of Habeas Corpus. Is there any new available information? Thank you.


Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
 Leonard@GendelbergLaw.com
 www.GendelbergLaw.com
128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq.
**Sent:** Monday, April 14, 2025 4:27 PM
**To:** Supervisor.DenverCDF <Supervisor.DenverCDF@ice.dhs.gov>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>; Kinsey, Mark C <Mark.C.Kinsey@ice.dhs.gov>; Tamari Modebadze <tamari@GendelbergLaw.com>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

Dear Mr. Haddock:

Can you please provide an update regarding the release of Mr. Lapachi? Thank you.


Very truly yours,

**Leonard R. Gendelberg, Esq.**

1



**Managing Attorney**

📞 (718) 400-2004
📠 (718) 400-2006
✉ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Thursday, March 20, 2025 2:43 PM
**To:** Supervisor.DenverCDF <Supervisor.DenverCDF@ice.dhs.gov>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>; Kinsey, Mark C <Mark.C.Kinsey@ice.dhs.gov>; Tamari Modebadze <tamari@GendelbergLaw.com>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

Dear Mr. Haddock:

This case is different than the typical case. As discussed during the hearing, the situation in other countries has already been reviewed. It was noted that there is not another country aside from the United States to consider. Additionally, he is facing imminent and serious dangers with his mental, emotional, and physical well-being. Given the severity of the circumstances, it is crucial that his safety and well-being remain the highest priority. I kindly request your careful consideration of this matter, as any delay or misjudgment could have serious consequences. Thank you for your attention to this urgent matter.

Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

📞 (718) 400-2004
📠 (718) 400-2006
✉ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Supervisor.DenverCDF <Supervisor.DenverCDF@ice.dhs.gov>
**Sent:** Friday, March 14, 2025 10:47 AM
**To:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>; Kinsey, Mark C <Mark.C.Kinsey@ice.dhs.gov>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

Good morning,

The case officer is looking into this case. Please understand that if an IJ grants withholding, we must solicit to 3 other countries before we release. Emailing us everyday is not going to speed up this process. Your clients case officer will be in touch.

Thank you.

*Christopher B. Haddock*
*Supervisory Detention & Deportation Officer*
*U.S. Immigration and Customs Enforcement*
*Enforcement and Removal Operations*
*Denver Field Office*
*720-527-2104 cell*

Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Friday, March 14, 2025 8:42 AM
**To:** Supervisor.DenverCDF <supervisor.denvercdf@ice.dhs.gov>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March 10, 2025. It is my understanding that

DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.

Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
📧 Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq.
**Sent:** Thursday, March 13, 2025 9:39 AM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** URGENT re: Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March 10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.

Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
 Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**



Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Wednesday, March 12, 2025 2:16 PM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Gendelberg Law, PLLC**

**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
 Leonard@GendelbergLaw.com
 www.GendelbergLaw.com
 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**Leonard R. Gendelberg, Esq.**

| | |
|---|---|
| **From:** | Leonard R. Gendelberg, Esq. |
| **Sent:** | Thursday, March 20, 2025 2:43 PM |
| **To:** | Supervisor.DenverCDF |
| **Cc:** | Mariam Janelidze; Nini Alavidze; Legal Department; Kinsey, Mark C; Tamari Modebadze |
| **Subject:** | RE: URGENT re: Daviti Lapachi, A# 249-384-280 |

Dear Mr. Haddock:

This case is different than the typical case. As discussed during the hearing, the situation in other countries has already been reviewed. It was noted that there is not another country aside from the United States to consider. Additionally, he is facing imminent and serious dangers with his mental, emotional, and physical well-being. Given the severity of the circumstances, it is crucial that his safety and well-being remain the highest priority. I kindly request your careful consideration of this matter, as any delay or misjudgment could have serious consequences. Thank you for your attention to this urgent matter.


Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
✉ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**



Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Supervisor.DenverCDF <Supervisor.DenverCDF@ice.dhs.gov>
**Sent:** Friday, March 14, 2025 10:47 AM
**To:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>; Kinsey, Mark C <Mark.C.Kinsey@ice.dhs.gov>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

Good morning,

The case officer is looking into this case. Please understand that if an IJ grants withholiding, we must solicit to 3 other countries before we release. Emailing us everyday is not going to speed up this process. Your clients case officer will be in touch.

Thank you.

*Christopher B. Haddock*
*Supervisory Detention & Deportation Officer*
*U.S. Immigration and Customs Enforcement*
*Enforcement and Removal Operations*
*Denver Field Office*
*720-527-2104 cell*

**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Friday, March 14, 2025 8:42 AM
**To:** Supervisor.DenverCDF <supervisor.denvercdf@ice.dhs.gov>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280.  Mr. Lapachi was granted Withholding of Removal on February 8, 2025.  DHS's time to file an appeal was on or before March 10, 2025.  It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention.  Please advise my office when Mr. Lapachi will be released.  Thank you.

Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
 Leonard@GendelbergLaw.com
⊕ www.GendelbergLaw.com
⊙ 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq.
**Sent:** Thursday, March 13, 2025 9:39 AM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** URGENT re: Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March 10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
 Leonard@GendelbergLaw.com
 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Wednesday, March 12, 2025 2:16 PM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Gendelberg Law, PLLC**

**Leonard R. Gendelberg, Esq.**
Managing Attorney

 (718) 400-2004
 (718) 400-2006
✉ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**Leonard R. Gendelberg, Esq.**

| | |
|---|---|
| **From:** | Leonard R. Gendelberg, Esq. |
| **Sent:** | Tuesday, March 18, 2025 11:54 AM |
| **To:** | Tamari Modebadze |
| **Cc:** | Mariam Janelidze |
| **Subject:** | FW: URGENT re: Daviti Lapachi, A# 249-384-280 |

Good morning,

The case officer is looking into this case. Please understand that if an IJ grants withholding, we must solicit to 3 other countries before we release. Emailing us everyday is not going to speed up this process. Your clients case officer will be in touch.

Thank you.

*Christopher B. Haddock*
*Supervisory Detention & Deportation Officer*
*U.S. Immigration and Customs Enforcement*
*Enforcement and Removal Operations*
*Denver Field Office*
*720-527-2104 cell*

**Warning: This document is UNCLASSIFIED//FOR OFFICIAL USE ONLY (U//FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official. No portion of this report should be furnished to the media, either in written or verbal form.**

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Friday, March 14, 2025 8:42 AM
**To:** Supervisor.DenverCDF <supervisor.denvercdf@ice.dhs.gov>
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** RE: URGENT re: Daviti Lapachi, A# 249-384-280

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280.  Mr. Lapachi was granted Withholding of Removal on February 8, 2025.  DHS's time to file an appeal was on or before March 10, 2025.  It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention.  Please advise my office when Mr. Lapachi will be released.  Thank you.

Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

📞 (718) 400-2004
📠 (718) 400-2006
✉️ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq.
**Sent:** Thursday, March 13, 2025 9:39 AM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** URGENT re: Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

📞 (718) 400-2004
📠 (718) 400-2006
✉️ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not

read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**From:** Leonard R. Gendelberg, Esq. <Leonard@GendelbergLaw.com>
**Sent:** Wednesday, March 12, 2025 2:16 PM
**To:** supervisor.denvercdf@ice.dhs.gov
**Cc:** Mariam Janelidze <Mariam@GendelbergLaw.com>; Nini Alavidze <nini@GendelbergLaw.com>; Legal Department <legal@GendelbergLaw.com>
**Subject:** Daviti Lapachi, A# 249-384-280

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Leonard R. Gendelberg, Esq.**
Managing Attorney

📞 (718) 400-2004
📠 (718) 400-2006
✉ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

**Gendelberg Law, PLLC**

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.

**Leonard R. Gendelberg, Esq.**

| | |
|---|---|
| **From:** | Leonard R. Gendelberg, Esq. |
| **Sent:** | Wednesday, March 12, 2025 2:16 PM |
| **To:** | supervisor.denvercdf@ice.dhs.gov |
| **Cc:** | Mariam Janelidze; Nini Alavidze; Legal Department |
| **Subject:** | Daviti Lapachi, A# 249-384-280 |

Dear Immigration Supervisor:

My office represents Daviti Lapachi, A# 249-384-280. Mr. Lapachi was granted Withholding of Removal on February 8, 2025. DHS's time to file an appeal was on or before March10, 2025. It is my understanding that DHS has not filed an appeal, however, Mr. Lapachi remains in detention. Please advise my office when Mr. Lapachi will be released. Thank you.


Very truly yours,



**Gendelberg Law, PLLC**

**Leonard R. Gendelberg, Esq.**
Managing Attorney

📞 (718) 400-2004
📠 (718) 400-2006
✉️ Leonard@GendelbergLaw.com
🌐 www.GendelbergLaw.com
📍 128 Brighton Beach Avenue, Suite# 218, Brooklyn, New York 11235

Admitted to District of Columbia Court of Appeals, U.S. District & Bankruptcy Courts for the District of Columbia, and United States Court of Appeals District of Columbia Circuit.

CONFIDENTIALITY NOTICE: This e-mail transmission, including any attachments, may contain confidential information belonging to the sender which is protected by the attorney-client privilege, attorney work-product privilege, common interest privilege, or based on other privileges or provisions of law. This information is intended only for the use of the intended recipient. You are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. Any unauthorized interception of this transmission is illegal. If you are not an intended recipient of this email, do not read, copy, use, forward or disclose the email or any of its attachments to others. Instead, immediately notify the sender by replying to this email and then delete it from your system. Thank you.



US DISTRICT CLERK OF COUR
901 19TH ST
STE 106A
DENVER CO 80294

P.BLUE                    S: 3BG
A109 - 1050               I:3E
1Z6BR4964420D8
2818                      1030

Part # 156297-435 RRDB2 EXP 03/25

1 OF 1

0.3 LBS LTR

DAVITI LAPACHI
7109704865
3865 BRIGHTON 2ND 8TR
BROKLYN NY 11235

SHIP TO:
ALFRED A. ARRAJ U.S.COURTHOUSE
6566565656
US DISTRICT COURT, DISTRICT OF COLO
901 19TH ST 8TE 106A
DENVER  CO  80294-2501

CO 802 9-50

1 S

UPS NEXT DAY AIR
TRACKING #: 1Z B8R 436 44 2083 2818

BILLING: P/P

Trk Ref No.: PM PKG ID 713861
Trk Ref No.: FROM DAVITI LAPACHI



## Saturday
### DELIVERY
PLACE DIRECTLY BELOW ADDRESS LABEL
01118901 REV 9/16 RRD





**Extremely Urgent**

# Express

**Extremely Urgent**

Visit **UPS.com**

**Apply shipping documents on this side.**

Scan QR code to
schedule a pickup

**Domestic Shipments**
• To qualify for the letter rate, UPS Express® envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
• The UPS Express envelope may be used only for documents of no commercial value. Certain countries consider electronic media a document. Visit ups.com/importexport to verify if your shipment is classified as a document.
• To qualify for the letter rate, the UPS Express envelope must weigh 8 oz. or less. UPS express envelopes weighing more than 8 oz. will be billed by weight.

**Note:** UPS Express envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.

This envelope is for use with t...

Do not use...

☐ **Next Day Air®**
☐ **Worldwide Express®**
☐ **2nd Day Air®**
☐ **Worldwide Expedited®**
☐ ...round
☐ ...ndard
☐ ...ay Select®

US DISTRICT CLERK OF COUR
901 19TH ST
STE 1058
DENVER CO 80294

F: RED
S: GOLD : W
1200

P2230-1064

123BR43544283 2018



Scanned by
US Marshal

UPS

Serving you for more than 110 years

United Parcel Service®

For information about UPS's privacy practices or to opt out from the sale of personal information, please see the UPS Privacy Notice at www.ups.com

010195101   9/20   PAC   United Parcel Service

International Shipping Notice — Carriage hereunder may be subject to the rules relating to liability and other terms and/or conditions established by the Convention for the Unification of Certain Rules Relating to International Carriage by Air (the "Warsaw Convention") and/or the Convention on the Contract for the International Carriage of Goods by Road (the "CMR Convention"). These commodities, technology or software were exported from the U.S. in accordance with the Export Administration Regulations. Diversion contrary to U.S. law prohibited.



80% Post-Consumer Content