IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVITI LAPACHI, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PAMELA JO BONDI, U.S. Attorney General; )<br>KRISTI NOEM, Secretary U.S. Department of )<br>Homeland Security; ROBERT GUADIAN, )<br>Denver Field Office Director ICE Enforcement and )<br>Removal Operations; and JOHN HARLIN, )<br>Sheriff, the Natrona County Detention Center, )<br>Casper, Wyoming, )<br>)<br>Respondents. ) | Case No. 1:25-cv-00210-SWS |

## DECLARATION OF MICHAEL KETELS

I, Michael Ketels, hereby state and declare:

1. I am employed as a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations Denver Field Office (Denver ERO). My duty station is at the ICE contract detention facility in Aurora, Colorado (Denver CDF). I am the Deportation Officer assigned to the case of Daviti Lapachi, A249384280.

2. DHS initiated removal proceedings against Lapachi pursuant to the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq.* in August 2024.

3. Lapachi is a native and citizen of Georgia.

4. Lapachi entered the United States on July 23, 2024, encountering DHS.

5. Originally, DHS placed Lapachi in expedited removal proceedings. However, because Lapachi claimed fear of returning to his home country, he was referred to United States Citizenship and Immigration Services (USCIS) for a credible fear interview pursuant to 8 U.S.C. § 1225(b)(1)(A)(ii).

6. USCIS did not conduct a credible fear interview and exercised its discretion to transfer Lapachi from expedited removal proceedings to removal proceedings under 8 U.S.C. § 1229a.

7. Lapachi was taken into ICE custody on July 29, 2024, in Colorado.

8. Lapachi was initially detained in Aurora, Colorado.

9. Lapachi was charged with being removeable under Section 212 of the INA.

10. During his removal proceedings, Lapachi submitted an application for asylum and withholding of removal to the immigration court.

11. The Immigration Judge (IJ) denied Lapachi's asylum request and ordered removal on February 6, 2025. The IJ granted Lapachi's request for withholding.

12. Lapachi and DHS reserved the right to appeal the IJ's order but neither appealed.

13. Lapachi was transferred from Aurora, Colorado to the Natrona County Detention Center, located in Casper, Wyoming on July 18, 2025.

14. Lapachi was transferred from Colorado to Wyoming to avoid overcrowding issues at the Denver CDF. The Denver CDF is co-located with the Aurora Immigration Court. On July 18, 2025, the Denver CDF was at or near full detention capacity. To make space for other detainees with active immigration court hearings, Denver ERO transferred several detainees with inactive immigration court cases to the Natrona County Detention Center. ICE has space allocated at that facility for detainees subject to removal.

15. Lapachi is currently detained pursuant to 8 U.S.C. § 1231.

16. The IJ's order of removal became administratively final on March 11, 2025.

17. Since the order of removal became final, DHS has pursued Lapachi's removal to alternative countries pursuant to 8 U.S.C. § 1231(b)(1)(C).

18. On August 19, 2025, ICE conducted a Post Order Custody Review (POCR) of Lapachi's case pursuant to 8 C.F.R. § 241.4. ICE determined there is a significant likelihood of removal in the reasonably foreseeable future and continued to detain Lapachi.

19. On September 16, 2025, ICE conducted another POCR of Lapachi's case pursuant to 8 C.F.R. § 241.4. ICE determined Lapachi did not meet the criteria for release and is continuing to detain him.

20. In consultation with the United States Department of State, ICE continues to pursue alternative countries for removal of Lapachi from the United States.

I declare under penalty of perjury that the foregoing is true and correct. This document was executed on September 24, 2025, in Aurora, Colorado.

_____
Michael Ketels