## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

DAVITI LAPACHI,

       Petitioner,

   vs.

PAMELA JO BONDI, *U.S. Attorney General,*

KRISTI NOEM, *Secretary U.S. Department of Homeland Security,*

ROBERT GUADIAN, *Denver Field Office Director ICE Enforcement and Removal Operations,*

JOHN HARLIN, *Sheriff, the Natrona County Detention Center, Casper, Wyoming,*

       Respondents.

Case No. 25-CV-00210-SWS

---

### RESPONDENT JOHN HARLIN'S REPLY TO PETITIONER'S PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

---

COMES NOW Respondent John Harlin, Sheriff, The Natrona County Detention Center, Casper, Wyoming, by and through his counsel Hampton K. O'Neill of Welborn Sullivan Meck & Tooley, P.C., and pursuant to this Court's September 3, 2025 Order Requiring Service, hereby responds to Petitioner's *Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241*, as follows:

1.      Petitioner Daviti Lapachi ("Mr. Lapachi") admits in his Petition for a Writ of Habeas Corpus ("the Petition") that he is being held on orders by Federal authorities, is being held on an immigration charge, and is a detainee of ICE. *Petition [Doc1] at 1 and 3.*

2.      Mr. Lapachi is currently an inmate in the Natrona County Detention Center ("NCDC"), which is operated by the Natrona County Sheriff's Office.

3.      Mr. Lapachi, as an ICE detainee, is housed at the Natrona County Detention Center pursuant to W.S. 18-6-305 and the August 1, 2024 Intergovernmental Agreement between the United States Marshals Service, as the Issuing Federal Agency, and the Natrona County Detention Center, as the Local Government (hereafter "Intergovernmental Agreement"). See Intergovernmental Agreement, attached as **Exhibit "A"**.

4.      Under the Intergovernmental Agreement, the United States Marshals Service ("USMS") and ICE are allowed to house individuals detained on Federal charges – such as Mr. Lapachi – at the Natrona County Detention Center, and Federal prisoners may only be received or discharged from the NCDC pursuant to the terms of the Intergovernmental Agreement. *Id at ¶ 1, 2, 10.*

5.      Under the Intergovernmental Agreement, Mr. Lapachi is an ICE detainee and <u>not</u> a detainee of the Natrona County Sheriff's Office or the NCDC, and accordingly NCDC does not have the authority to remove Mr. Lapachi or transport him elsewhere. *Id at ¶ 10.*

6.      Given the terms of the Intergovernmental Agreement, and as Mr. Lapachi is an ICE detainee, neither NCDC nor Sheriff Harlin take a position on Mr. Lapachi's Petition, and NCDC and Sheriff Harlin will comply with any directive from ICE or order of this Court concerning Mr. Lapachi.

DATED this 24th day of September, 2025.

*Attorney for John Harlin, Defendant*


_____/s/ Hampton K. O'Neill_____
Hampton K. O'Neill (#5-2876)
Welborn Sullivan Meck & Tooley, P.C.
159 North Wolcott, Suite 220
Casper, WY 82601
(307) 234-6907
honeill@wsmtlaw.com


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Respondent John Harlin's Reply to Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241* was filed and served this 24th day of September as follows:

Jasmine Peters                                          [X] CM/ECF
Darin Smith
United States Attorney
PO Box 668
Cheyenne, WY 82003-0668
*Attorneys for Defendants Pamela Jo Bondi,*
*Kristi Noem, and Robert Guadian*


Daviti Lapachi                                          [X] US Mail
#A249384280
Natrona County Detention Center
1100 Bruce Lane
Casper, WY 82601
*Pro Se*


_____/s/ Hampton K. O'Neill_____

# Exhibit A

**U.S. Department of Justice**
**United States Marshals Service**
**Prisoner Operations Division**

**Office of Detention Services**
**Intergovernmental Agreement**

| 1. Agreement Number<br>91-99-0173 | 2. Effective Date<br>August 1, 2024 | 3. Facility Code(s)<br>8BN | 4. UEI Number<br>C6A8LHPE9YA5 |
|---|---|---|---|

| 5. Issuing Federal Agency | 6. Local Government |
|---|---|
| United States Marshals Service<br>Prisoner Operations Division<br>Office of Detention Services<br>CG-3, 3ʳᵈ Floor<br>Washington, DC 20530-0001 | Natrona County Detention Center<br>1100 Bruce Lane<br>Casper, WY 82601<br><br>Tax ID#: 83-6000113 |

| 7. Appropriation Data<br><br>15-1020/XD | 8. Local Contact Person: John Harlin<br>E-mail: harlinj@natronacounty-wy.gov<br>Telephone: (307) 235-9287 |
|---|---|

| 9. Services | 10. Estimated Number of Federal Beds | 11. Per Diem Rate | 12. Period of Performance |
|---|---|---|---|
| This agreement is for the housing, safekeeping, subsistence, and care of Federal prisoners, in accordance with content set forth herein. | Male:   15<br>Female:   5<br>Juvenile: 0<br>Total:   20 | $95.00 | Perpetual |

| 13. Guard/Transportation Hourly Rate | 14. Optional Guard/Transportation Services |
|---|---|
| Guard/Transportation Hourly Rate: **N/A**<br><br>Mileage shall be reimbursed by the Federal Government at the current General Services Administration (GSA) Federal Travel Regulation Mileage Rate. | ☐ Medical<br><br>☐ U.S. Courthouse<br><br>☐ JPATS<br><br>☒ Encompassed: Video Teleconferencing (VTC) Hearings<br><br>☐ Video Teleconferencing (VTC) Hearings<br><br>☐ Other _____ |

| **15. Department of Labor Wage Determination** | |
|---|---|
| ☐ Wages Incorporated _____ | |

| 16. Local Government Certification | 17. Signature of Person Authorized to Sign (Local) |
|---|---|
| *To the best of my knowledge and belief, information submitted in support of this agreement is true and correct. This document has been duly authorized by the governing authorities of their applying Department or Agency State or County Government and therefore agree to comply with all provisions set forth herein this document.* | Signature<br><br>Peter Nicolaysen<br>Print Name<br><br>Chairman, Natrona County Board of County Commissioners<br>Title                                        Date 7/15/24 |

| 18. Federal Prisoner Type Authorized | 19. Other Authorized Agency User | 20. Signature of Person Authorized to Sign (Federal) |
|---|---|---|
| ☒ Adult Male<br><br>☒ Adult Female<br><br>☐ Juvenile Male<br><br>☐ Juvenile Female<br><br>☐ Transgender | ☒ BOP<br><br>☒ ICE<br><br>☒ Other: Bureau of Indian Affairs | TIFFANI EASON  Digitally signed by TIFFANI EASON Date: 2024.07.25 16.15.48 -04'00'<br>Signature<br><br>Tiffani Eason<br>Print Name<br><br>Assistant Chief, Intergovernmental Agreements<br>Title                                        Date |

IGA Agreement Form (REV. 12/2023)

Agreement Number 91-99-0173

Section Description                                                                                  Page Number

1. Authority ....................................................................................................... 3
2. Purpose ........................................................................................................ 3
3. Administration ............................................................................................... 3
4. Place of Performance ...................................................................................... 5
5. Agreements Specialist ..................................................................................... 5
6. Termination .................................................................................................. 5
7. Assignment and Outsourcing of Jail Operations................................................. 6
8. Medical Services............................................................................................. 6
9. Affordable Care Act (ACA) .............................................................................. 8
10. Receiving and Discharging of Federal Prisoners............................................... 8
11. Prisoner Work Program .................................................................................. 9
12. Guard/Transportation Services to/from Medical Facility ..................................... 9
13. Guard/Transportation Services to/from U.S. Courthouse .................................. 10
14. Guard/Transportation Services to Justice Prisoner & Alien Transportation System (JPATS) or Other ..................................................................................................... 10
15. Video Teleconference Hearing within the Facility ............................................ 11
16. Optional Guard Services to Video Teleconference Hearing within the Facility ...... 11
17. Special Notifications ..................................................................................... 11
18. Body Worn Camera Information Requests ....................................................... 12
19. Restrictive Housing and Suicide Prevention ................................................... 12
20. Prison Rape Elimination Act (PREA) .............................................................. 13
21. PREA Prisoner Incident Reporting ................................................................. 13
22. Federal Acquisition Regulation (FAR) Agreement Provisions ............................ 14
23. Guaranteed Minimum Bed Space .................................................................. 15
24. Economic Rate Adjustments ......................................................................... 15
25. Billing and Financial Provisions..................................................................... 16
26. Payment Procedures..................................................................................... 17
27. Hold Harmless............................................................................................. 17
28. Disputes..................................................................................................... 17
29. Review of Services ....................................................................................... 17
30. IGA Amendments ........................................................................................ 18
31. Litigation.................................................................................................... 18
32. The First Step Act........................................................................................ 18
33. Ensuring Access to Voter Registration for Eligible Individuals in Federal Custody .............. 18

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

## 1. Authority

Pursuant to the authority, 106th Congress Public Law 553, Section 119 of the "Department of Justice Appropriations Act, 2001", this Intergovernmental Agreement (hereinafter referred to as "agreement") is entered into between the United States Marshals Service (USMS) (hereinafter referred to as the "Federal Government") and **Natrona County Detention** (hereinafter referred to as "Local Government"), who hereby agree as described in this document.

## 2. Purpose

The Federal Government and the Local Government establish this agreement allowing the USMS or other authorized agency user as noted in block #19, page one (1) of this agreement to house individuals detained on federal charges or federal court orders (hereinafter referred to as "Federal prisoners") with the Local Government at the **Natrona County Detention Center, 1100 Bruce Lane Casper, WY 82601** (hereinafter referred to as "the Facility") designated in block #6 on page one (1) of this agreement.

## 3. Administration (October 2021)

The Local Government shall provide for the secure custody, safekeeping, housing, subsistence, and care of Federal prisoners in accordance with all state, local, and federal laws, standards, regulations, policies, and court orders applicable to the operation of the Facility. Federal prisoners shall be housed in a manner consistent with the Federal Performance Based Detention Standards (FPBDS) subset utilized by the USMS Detention Facility Review Program. These standards are set forth in Form USM-218 (provided as an attachment to this agreement). Facilities shall follow the current standards summarized in Form USM-218 and any other standards required by an authorized agency whose prisoners are housed by the Local Government pursuant to this agreement. Full text of the FPBDS can be found at: http://wwwASD.usmarshals.gov/prisoner/detention-standards.htm as an additional reference source for best practices.

**Natrona County Detention Center** shall comply with Congressional mandates, federal laws, Executive Orders and all existing **Natrona County Detention Center** policies. **Natrona County Detention Center** shall provide a means for verification of any state inspections, accreditation, and, if applicable, any alternative correctional facility accreditations such as an accreditation from the American Correctional Association accreditation.

The USMS ensures the secure custody, care, and safekeeping of USMS prisoners. Accordingly, all housing or work assignments, and recreation or other activities for USMS prisoners are permitted only within secure areas of the building or within the secure external recreational/exercise areas. All work assignments for unsentenced Federal prisoners must be voluntary.

The Local Government shall conduct initial and periodic background and reference checks of applicants, employees, contractors, and volunteers. All allegations of staff misconduct shall be investigated and reported to law enforcement as appropriate. Staff misconduct involving or affecting USMS prisoners shall be reported to the local district United States Marshal (USM), Chief,

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 91-99-0173

or their designee and to the USMS Prisoner Operations Division (POD) at
PODCoCInquiries@usdoj.gov.
At all times, the Federal Government shall have access to the Facility and to the Federal prisoners,
and to all records pertaining to this agreement, including financial records, for a retention period
of three (3) years from the date of request by the Federal Government.

The Local Government shall maintain written policies and procedures that describe all facets of
facility operations, maintenance, and administration. The Local Government shall maintain written
contingency and emergency plans for situations including but not limited to riots, hunger strikes,
disturbances, escapes, hostage situations, and mass prisoner relocation.

The Local Government shall maintain records of annual fire safety inspections. The Local
Government shall maintain dangerous materials in accordance with government regulations.

The Local Government shall maintain an objective review, classification, and housing process.
Federal prisoners shall be clearly identified as USMS prisoners in the classification system.

The Local Government shall ensure Federal prisoners under the age of 18 receive an age-
appropriate diet, exercise, and education.

The Local Government shall ensure Federal prisoners under the age of 18 or charged as a juvenile
shall be separated by sight and sound and out of regular contact with adult prisoners, except in
emergency situations or approval from the court.

The Local Government shall keep the Facility clean and in good repair. Food service equipment
shall meet established health and safety codes. The Local Government shall provide a minimum
of three (3) meals per day that are varied and nutritionally adequate.
The Local Government shall provide safe and clean space and items for proper prisoner hygiene.

The Local Government will provide clean and serviceable bedding and clothing. Clothing and shoes
shall be properly sized and temperature and weather appropriate. The Local government shall
provide appropriate attire upon release.

The Local Government shall properly inventory, store, and return prisoner property upon release.
The Local Government shall provide adequate accommodations for prisoners with disabilities once
accepted by the Local Government.
The Local Government shall prohibit discrimination on the basis of disability, race, gender, sexual
orientation, religion, and national origin in the provision of services, programs, and activities.

The Local Government shall provide prisoners with reasonable opportunities to participate in
religious practices, exercise, and access to mail, telephones, personal legal materials and legal
reference materials or confidential counsel.

The Local Government shall maintain a grievance program with at least one level of appeal. The
grievance procedures shall be made available to prisoners.

(End of Provision)

Page **4** of **18**

**Local Government (initial):**
**Federal Government (initial):**

Agreement Number 91-99-0173

**4. Place of Performance (May 2021)**

The principal place of performance for this agreement shall be:

**Natrona County Detention Center**
**1100 Bruce Lane**
**Casper, WY 82601**

(End of Provision)

**5. Agreements Specialist (November 2021)**

The Contracting Officer (KO) may designate in writing one or more government employees, by name and position title, to act for the KO under this agreement. Each designee shall be identified as an Agreements Specialist. Such designation(s) shall specify the scope and limitations of the authority so delegated; provided, that the designee(s) shall not change the terms or conditions of the agreement, unless the Agreements Specialist is a warranted KO, and this authority is delegated in the designation.

The Agreements Specialist is:

Name: **Tiffani Eason**
Title: **Contract Specialist**
Contact Information: **(202)369-8611**

(End of Provision)

**6. Termination (May 2021)**

The agreement can be terminated by either party for any reason. The requesting party, requester, seeking to terminate this agreement may do so by providing a written notice to the receiving party, requestee, at least thirty (30) calendar days in advance of the proposed termination date. An exception is made when an emergency situation requires the immediate relocation of Federal prisoners.

In order for the Local Government to initiate a termination of this agreement, the Local Government must:

  a. As noted in this section, paragraph one above, the Local Government shall provide the Federal Government via the KO or designee a written notification by email at least thirty (30) calendar days in advance of the potential termination date unless an emergency situation requires the immediate relocation of Federal prisoners.
  b. The Local Government shall provide adequate time, if applicable, for the Federal Government to transport and relocate Federal prisoners. Based on the number of Federal prisoners at the facility, a thirty (30) day notice may not be adequate to vacate the premises; thus, the Local Government shall agree to provide the Federal Government a reasonable time frame to exit the facility.

Page **5** of **18**

Local Government (initial): ____
Federal Government (initial): ____

Agreement Number 91-99-0173

     c. The Local Government shall work with the Federal Government to locate alternative housing solutions for the Federal prisoners.
     d. The Local Government may <u>not</u> request rate or per-diem increases once the Local Government has provided a termination notice to the Federal Government and the Federal Government has acknowledged the receipt of before mentioned notice.

Where the Local Government has received a cooperative agreement through the POD's Cooperative Agreement Program, the cooperative agreement termination and other applicable provisions shall:

     a. be incorporated into this agreement;
     b. survive after the expiration of the cooperative agreement, and
     c. supersede the termination provisions of this agreement.

(End of Provision)

## 7. Assignment and Outsourcing of Jail Operations (May 2021)

The overall management and operation of the Facility housing Federal prisoners shall not be contracted out without the prior written notification of the Federal Government.

(End of Provision)

## 8. Medical Services (May 2021)

The Local Government shall maintain written procedures that describe actions taken in the event of a prisoner's death, assault, or medical emergency to include notification to the USMS.

The Local Government shall provide a medical and mental health screening upon admission to the Facility. The Local Government shall inform prisoners how to access health services.

*The Local Government shall notify the local USMS district office of any infectious disease outbreak.*

The Local Government shall provide Federal prisoners with the same level and range of care **inside** the Facility as that provided to state and local prisoners. The Local Government is financially responsible for all medical care provided **inside** the Facility to Federal prisoners. This includes the cost of all medical, dental, and mental health care as well as the cost of medical supplies, over-the-counter medications and any prescription medications routinely stocked by the Facility. The Facility is encouraged to purchase non-OTC medications for USMS prisoners through the USMS' National Managed Care Contract (NMCC) Discount Pharmacy Program. When possible, generic medications should be prescribed. The cost of all of the above-referenced medical care is covered by the Federal per-diem rate. The Federal Government will pay for the cost of specialized medical services not routinely provided within the Facility, such as dialysis.

The Federal Government is financially responsible for all medical care provided **outside** the Facility to Federal prisoners. The Federal Government must be billed directly by outside medical care providers pursuant to arrangements made by the Local Government for outside medical care. The

Page <b>6</b> of <b>18</b>

Local Government (Initial)
Federal Government (initial):

Agreement Number 91-99-0173

Local Government shall utilize outside medical care providers that are covered by the USMS' NMCC Preferred Provider Network to the maximum extent practicable. The Local Government can obtain information about NMCC covered providers from the local USMS District Office. The Federal Government will be billed directly by the medical care provider **not** the Local Government. To ensure that Medicare rates are properly applied, medical claims for Federal prisoners must be on Centers for Medicare and Medicaid Services (CMS) Forms so that they can be re-priced to Medicare rates in accordance with the provisions of Title 18 U.S.C. Section 4006. The USMS will not reimburse the detention facility for medical payments made on behalf of USMS prisoners in the absence of a specific arrangement approved in writing by the USMS.

All **outside** medical care provided to Federal prisoners must be pre-approved by the Federal Government except in a medical emergency. In the event of an emergency, the Local Government shall proceed immediately with necessary medical treatment. The Local Government shall notify the Federal Government immediately regarding the nature of the Federal prisoner's illness or injury as well as the types of treatment provided.
The Facility shall have in place an adequate infectious disease control program which includes testing of all Federal prisoners for Tuberculosis (TB) in accordance with *National Commission on Correctional Health Care (NCCHC) Standards for Health Services in Jails*. TB testing shall occur with 14 days of intake (unless current TB tests results are available), be promptly documented in the Federal prisoner's medical record and the results forwarded to the local USMS District within thirty (30) days of intake. Special requests for expedited TB testing and clearance (to include time sensitive moves) shall be accomplished through advance coordination by the Federal Government and Local Government.

The Local Government shall immediately notify the Federal Government to include the local district office of any cases of suspected or active TB or any other highly communicable diseases such as but not limited to Coronavirus Disease (COVID), severe acute respiratory syndrome (SARS), Avian Flu, Methicillin-Resistant Staphylococcus Aureus (MRSA), Chicken Pox, etc., which might affect scheduled transports or productions.

When a federal prisoner is being transferred or released from the Facility, they will be provided with a minimum of seven (7) days of prescription medications and any medications already dispensed to the prisoner. Medical records and Form USM-553, *Prisoner in Transit Medical Summary* must travel with the Federal prisoner. If the records are maintained at a medical contractor's facility, it is the Local Government's responsibility to obtain them before a federal prisoner is transferred.

Federal prisoners may be charged a medical co-payment by the Local Government in accordance with the provisions of Title 18 U.S.C. Section 4013(d). The Federal Government is not responsible for medical co-payments and shall not be billed if the federal prisoner is indigent and cannot make the co-payment. Indigent Federal prisoners shall not be denied medical evaluation and treatment for failure to provide a co-payment.

(End of Provision)

Page **7** of **18**

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

## 9. Affordable Care Act (ACA) (May 2021)

Upon release of a Federal prisoner, the Local Government shall provide information regarding the Affordable Care Act (ACA). The ACA website is located at:
http://www.hhs.gov/healthcare/about-the-aca/index.html.

(End of Provision)

## 10.  Receiving and Discharging of Federal Prisoners (May 2021)

The Local Government agrees to accept Federal prisoners only upon presentation by a Law Enforcement Officer (LEO), USMS Task Force Officer (TFO) or a USMS designee with proper credentials.
The Local Government shall not relocate a Federal prisoner from one facility under its control to another facility not described in this agreement without permission of the Federal Government. Additional facilities within the same agreement shall be identified in a modification.

The Local Government agrees to release Federal prisoners only to LEOs of the authorized Federal Government agency initially committing the Federal prisoner (e.g., Drug Enforcement Administration (DEA), Immigration and Customs Enforcement (ICE)) or to a Deputy United States Marshal (DUSM) or USMS designee with proper credentials. Those Federal prisoners who are remanded to custody by the USMS may only be released to the USMS or an individual specified by the USMS in the Judicial District.

USMS Federal prisoners sought for a state or local court proceeding must be acquired through a Writ of Habeas Corpus or the Interstate Agreement on Detainers and then only with the concurrence of the jurisdictional United States Marshal (USM).

(End of Provision)

## 11.  Prisoner Work Program (November 2021)

Federal prisoner labor shall be used in accordance with the Federal prisoner work plan developed by the Local Government and approved by the USMS. The Federal prisoner work plan must be voluntary, and may include work or program assignments for industrial, maintenance, custodial, service, or other jobs. Federal prisoners may not be required to work. Federal prisoners may volunteer to work within the secure confines of the facility if they sign a waiver of their right not to work. A Federal prisoner with suicidal tendencies, attempted escapes or escape history, violent history, gang affiliations or with retainers for pending charges with other local, state, or federal agencies will not be considered for the volunteer program. Federal prisoners are not permitted to act as trustees and may not work in positions that permit unsupervised contact with segregated prisoners or Federal prisoners of the opposite sex.

The Federal prisoners are restricted from operating equipment that may expose the Federal prisoners to grave bodily harm or any work assignment requiring security risk items and controlled tools which could be used to facilitate an escape or used as a weapon that could endanger staff, citizens, or other inmates. Federal prisoners will not have access to prisoner or employee records.

Page **8** of **18**

Agreement Number 91-99-0173

The Local Government will ensure that prisoners who volunteer to work are prohibited Keep on Person medications while at the worksite.

Federal prisoners must obtain required medical clearances before working in the food service areas. The Federal prisoner work program shall not conflict with any other requirements of the agreement and must comply with all applicable laws and regulations. Federal prisoners shall not be used to perform the responsibilities or duties of an employee of the Local Government. Appropriate safety/protective clothing and equipment shall be provided to Federal prisoner workers as appropriate. Federal prisoners shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, use of toxic substances and unusual physical demands. Federal prisoner workers can be paid the identical rates of pay as other facility prisoners.

Federal prisoners shall be required to participate in normal housekeeping duties which help ensure the cleanliness of their housing area. Increases and reductions in privileges may be used as incentives to ensure that Federal prisoners keep their living areas clean.

(End of Provision)

## 12.   Guard/Transportation Services to/from Medical Facility (May 2021)

When Medical Facility in block #14 on page one (1) of this agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and guard services for Federal prisoners housed at the Facility to and from a medical facility for outpatient care, and transportation and stationary guard services for Federal prisoners admitted to a medical facility.

These services shall be performed by at least two (2) armed and qualified LEOs or Correctional Officers (CO) according to the criteria specified by the County Entity running the facility.  In all cases, these are part of a fulltime Law Enforcement Organization or Correctional Organization and that they have met the minimum training requirements.

The Local Government agrees to provide additional personnel if requested by the USMS to enhance specific requirements for security, prisoner monitoring, and contraband control. Federal prisoners are not permitted to use the telephone, internet or WIFI enabled devices, or to receive outside food, drinks, or deliveries (including flowers) without consent from the USMS. The Local Government shall restrain Federal prisoners by attaching at least one extremity to the hospital bed, stretcher, or chair at all times when medically possible. Pregnant or postpartum prisoners should not be restrained. Postpartum is the twelve-week period following childbirth, miscarriage, or abortion. See First Step Act provision for more information.

The reimbursable hourly rate, if agreed upon, will be shown in block #13 on page one (1) of this agreement.

Mileage shall be reimbursed in accordance with the current GSA mileage rate.

(End of Provision)

Page **9** of **18**

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

**13.  Guard/Transportation Services to/from U.S. Courthouse (May 2021)**

When U.S. Courthouse in block #14 on page one (1) of this agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and guard services for Federal prisoners housed at its facility to and from the U.S. Courthouse. These services shall be performed by at least two (2) armed and qualified LEOs or COs. In all cases, these are part of a fulltime Law Enforcement Organization or Correctional Organization and that they have met the minimum training requirements.

The Local Government agrees to provide additional personnel if requested by the USMS to enhance specific requirements for security, prisoner monitoring, and contraband control.

Upon arrival at the courthouse, the Local Government's transportation guard will turn Federal prisoners over to the USMS only upon presentation of proper law enforcement credentials.

The Local Government will not transport Federal prisoners to any U.S. Courthouse without a specific request from the USMS who will provide the prisoner's name, the U.S. Courthouse, and the date the prisoner is to be transported.

Each prisoner will be fully restrained in handcuffs, waist chain, and leg restraints during transportation unless otherwise authorized by the USMS. Deviations from full restraints must be documented and reported monthly to the local district USM, Chief, or their designee and to the USMS POD at PODCoCInquiries@usdoj.gov.

The reimbursable hourly rate, if agreed upon, will be shown in block #13 on page one (1) of this agreement.

Mileage shall be reimbursed in accordance with the current GSA mileage rate.

(End of Provision)

**14.  Guard/Transportation Services to Justice Prisoner & Alien Transportation System (JPATS) or Other (May 2021)**

When JPATS, Other or both in block #14 on page one (1) of this agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide transportation and escort guard services for Federal prisoners housed at its facility to and from the JPATS or other locations designated by the Federal Government.

These services shall be performed by at least two (2) armed and qualified LEOs or COs. In all cases, these are part of a fulltime Law Enforcement Organization or Correctional Organization and that they have met the minimum training requirements.

The Local Government agrees to provide additional personnel if requested by the USMS to enhance specific requirements for security, prisoner monitoring, and contraband control.

Page **10** of **18**

Local Government (initial): ___
Federal Government (initial): ___

Agreement Number 91-99-0173

The Local Government shall not transport Federal prisoners to the airlift or any other location without a specific request from the USMS who will provide the prisoner's name, location (district), and the date the prisoner is to be transported.

The Local Government shall turn Federal prisoners over to the USMS or an officer specified by the USMS only upon presentation of proper credentials.

Each prisoner will be fully restrained in handcuffs, waist chain, and leg restraints during transportation unless otherwise authorized by the USMS. Deviations from full restraints must be documented and reported monthly to the local district USM, Chief, or their designee and to the USMS POD at PODCoCInquiries@usdoj.gov.

The reimbursable hourly rate, if agreed upon, will be shown in block #13 on page one (1) of this agreement.

Mileage shall be reimbursed in accordance with the current GSA mileage rate.

(End of Provision)

### 15.  Video Teleconference Hearings within the Facility (October 2021)

If available, the facility shall furnish, as applicable to this agreement, all things necessary for, or incident to, providing Video Teleconference (VTC) hearings within the facility. When VTC equipment is not available at the facility, the Federal Government, in coordination with the Courts, may assist with providing VTC equipment and ancillary items to the facility.

(End of Provision)

### 16.  Optional Guard Services to Video Teleconference Hearings within Facility (May 2021)

When Video Teleconferencing (VTC) Hearings in block #14 on page one (1) of this agreement is checked, the Local Government agrees, subject to the availability of its personnel, to provide escort guard services for Federal prisoners housed at its facility to monitor, on a case-by-case basis, court hearings conducted via VTC within its facility per instruction of the Federal Judiciary.

The reimbursable hourly rate, if agreed upon, will be shown in block #13 on page one (1) of this agreement.

(End of Provision)

### 17.  Special Notifications (May 2021)

The Local Government shall notify the Federal Government of any activity by a Federal prisoner, which would likely result in litigation or alleged criminal activity.

The Local Government shall immediately notify the Federal Government of an escape of a Federal prisoner. The Local Government shall use all reasonable means to apprehend the escaped Federal

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

prisoner and all reasonable costs in connection therewith shall be borne by the Local Government. The Federal Government shall have primary responsibility and authority to direct the pursuit and capture of such escaped Federal prisoners. Additionally, the Local Government shall notify the Federal Government as soon as possible when a Federal prisoner is involved in an attempted escape or conspiracy to escape from the Facility.

In the event of a medical emergency, death, or assault on or by a Federal prisoner, the Local Government shall immediately notify the Federal Government.

(End of Provision)

**18.   Body Worn Camera Information Requests (November 2021)**

If the Local Government adopts a Body Worn Camera (BWC) use policy that mandates use of BWC for transport or other activities covered under the IGA, the agency shall, upon request by USMS, provide USMS with the audio/video footage and any metadata captured by the BWC pertaining to USMS prisoner incidents. The audio/video footage and any metadata may be requested by the USMS Body Worn Camera Program and the USMS Office of General Counsel. The agency agrees that no BWC footage depicting a USMS prisoner will be released without advance written notification to the USMS.

(End of Provision)

**19.   Restrictive Housing and Suicide Prevention (May 2021)**

For the purposes of this agreement, "restrictive housing" means any type of detention that involves all of the following elements:

  a. Removal from the general population, whether voluntary or involuntary;
  b. Placement in a locked room or cell, whether alone or with another prisoner; and
  c. Inability to leave the room or cell for the vast majority of the day, typically 22 hours or more.

For the purposes of this agreement, "vulnerable population" refers to prisoners who are more likely to be victimized in confinement settings, including but not limited to: juveniles; young adults (age 18-24 at time of admission through conviction); prisoners with serious mental illness; lesbian, gay, bisexual, transgender, intersex, and gender nonconforming prisoners; pregnant and postpartum prisoners; and prisoners with medical needs.

The Local Government shall have written policies, procedures, and practices requiring that all prisoners in restrictive housing are personally observed by a CO at least twice per hour, but no more than thirty (30) minutes apart, on an irregular schedule. Prisoners who are violent or mentally ill or who demonstrate unusual or bizarre behavior shall receive more frequent observation; suicidal prisoners shall be under constant observation.

Page 12 of 18

Agreement Number 91-99-0173

The Local Government shall immediately notify the appropriate Chief Deputy U.S. Marshal (CDUSM), or designee, and POD at rhinquiries@usdoj.gov when a member of a vulnerable population is placed in restrictive housing or their restrictive housing status changes.

The Local Government shall also provide reports to the USMS on a monthly basis listing all USMS prisoners who were detained in restrictive housing, and the reasons for their assignment to restrictive housing. When no USMS prisoners have been placed in restrictive housing during the reporting month, the Local Government shall notify USMS that there are no USMS prisoners to report. The report or a notification of no USMS prisoners in restrictive housing ' shall be submitted to the CDUSM or his or her designee and POD at rhinquiries@usdoj.gov, no later than the tenth day of each month in a standard format established by the USMS.

The Local Government shall have a comprehensive suicide-prevention program in place incorporating all aspects of identification, assessment, evaluation, treatment, preventive intervention, and annual training of all medical, mental health, and correctional staff.

Additional prisoner suicide prevention resources can be found at: https://www.usmarshals.gov/prisoner/suicide_prevention.htm and https://nicic.gov/.

(End of Provision)

## 20.    Prison Rape Elimination Act (PREA) (November 2021)

The Facility must post Prison Rape Elimination Act (PREA) brochure/bulletins in each housing unit of the Facility. The Facility must abide by all relevant PREA regulations at: (https://www.prearesourcecenter.org/about/prison-rape-elimination-act-prea).

All sexual harassment and sexual assaults of or by a USMS prisoner must be reported to the district CDUSM or designee and the POD at: PREAinquiries@usdoj.gov.

In accordance with PREA, the Facility must arrange for a PREA audit every three (3) years. The Facility must maintain PREA compliance or be actively working towards compliance. Additional resources can be found at: https://www.prearesourcecenter.org/.

Templates for PREA posters and brochures can be found at: https://www.prearesourcecenter.org/library/search?keys=poster&cat=All

(End of Provision)

## 21.    PREA Prisoner Incident Reporting (November 2021)

PREA posters shall contain information on how to report a sexual assault by using one of the following methods:

- Speaking with a staff member;

Page **13** of **18**

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 91-99-0173

- Writing a letter reporting the alleged sexual misconduct to the person in charge or the USMS. To ensure confidentiality, use special (Legal) mail procedures;
- Filing an Emergency Prisoner Grievance - If you decide your complaint is too sensitive to file with the Officer in Charge, you can file your Grievance directly with the CDUSM. You can get the forms from your housing unit officer, or a Facility supervisor;
- Writing to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, U.S. Department of Justice, 950 Pennsylvania Ave. Room 4706, Washington, DC. 20530; or
- Calling, **at no expense to the victim,** the OIG. The phone number is 1-800-869-4499.

All allegations of sexual abuse reported to Facility staff must be reported and will be investigated. Information concerning the identity of a prisoner victim reporting a sexual assault, and the facts of the report itself, shall be limited to those who have the need to know in order to make decisions concerning the prisoner-victim's welfare and for law enforcement investigative purposes.

(End of Provision)

## 22. Federal Acquisition Regulation (FAR) Agreement Provisions (May 2021)

This agreement incorporates the following agreement provisions by reference, with the same force and effect as if it was given in full text. Upon request, the full text will be made available. The full text of this provision may be accessed electronically at: http://www.acquisition.gov.

**Agreement Provisions:**

FAR 52.222-41 Service Contract Labor Standards. (Aug 2018)

FAR 52.222-42 Statement of Equivalent Rates for Federal Hires (May 2014)

FAR 52.222-43 Fair Labor Standards Act and the Service Contract Labor Standards – Price Adjustment (Multiyear and Option Contracts) (August 2018)

The current Local Government per-diem rates shall be the prevailing wages unless notified by the Federal Government.

If the Department of Labor Wage Determination in block #15 on page one (1) of this Agreement is checked, the Local Government agrees, in accordance with FAR 52.222.43 (f), that it must notify the Federal Government of any increase or decrease in applicable wages and fringe benefits claimed under this clause within thirty (30) days after receiving a new wage determination.

(End of Provision)

**Local Government (initial):**
**Federal Government (initial):**

Agreement Number 91-99-0173

**23.   Guaranteed Minimum Bed Space (September 2021)**

This IGA **_does not_** contain a guaranteed minimum for bed space.

(End of Provision)

**24.   Economic Rate Adjustments (October 2021)**

The Federal Government will use various price analysis techniques and procedures to ensure the rates established by this agreement is considered a fair and reasonable price. Examples of such techniques include, but are not limited to, the following:

   a. Comparison of the requested rate with the Independent Government Estimate for detention services, otherwise known as the Core Rate;
   b. Comparison with rates at other state or local facilities of similar size and economic conditions;
   c. Comparison of previously proposed prices and previous Federal Government and commercial contract prices with current proposed prices for the same or similar items; and
   d. Evaluation of the provided jail operating expense information.

The firm-fixed price per-diem rate for services is stipulated in block #11 on page one (1) of this agreement and shall not be subject to adjustment on the basis of **Natrona County Detention Center** actual cost experience in providing the service. The per-diem rate shall be fixed for a period from the effective date of this agreement forward for **thirty-six (36) consecutive months**. The per-diem rate covers the support of one Federal prisoner per "Federal prisoner day", which shall include the day of arrival, but not the day of departure.

The per-diem rate and the guard/transportation hourly rate will remain unchanged during the renewal period(s) unless the Local Government requests an economic rate adjustment. To request a per-diem economic rate adjustment, the Local Government will need to access USMS' Capture system via the Law Enforcement Enterprise Portal (LEEP) at https://portal.cjis.gov/wps/myportal/LEEPNG. The Local Government may contact the Agreements Specialist for more information.

An economic rate adjustment to either rate can be requested by the Local Government after **thirty-six (36) months of continuous performance**. Request for economic rate adjustments prior to the ending of the **thirty-six (36) month period** preceding the most recent rate adjustment shall only be considered if there are extreme circumstances that warrants a review of an out of cycle economic rate adjustment. Granting an out of cycle economic rate adjustment is not guaranteed.

To request an out of cycle per-diem economic rate adjustment, the Local Government will need to follow the same instructions as requesting an economic rate adjustment during the renewal period. For the request to be considered, the Local Government must demonstrate that its costs have substantially increased during the current **thirty-six (36) month period**. The Local Government shall provide the Agreements Specialist documentation to include cost and pricing data to justify

Page **15** of **18**

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

the facility's out of cycle economic rate adjustment request. The request and its supporting documentation are the sole responsibility of the Local Government to provide a complete request package to the Agreements Specialist. Incomplete or missing data may delay the request being processed or causing the request to be denied altogether.

Two (2) or more out of cycle economic rate adjustment requests within the same **thirty-six (36) month period** with an aggregate proposed increase of 25% or more are <u>not</u> permissible under this agreement.

(End of Provision)

## 25.  Billing and Financial Provisions (May 2021)

The Local Government shall prepare and submit for certification and payment, original and separate invoices each month to each Federal Government component responsible for Federal prisoners housed at the Facility.

Address(es) for the component(s) is/are:

> United States Marshals Service
> District: District of Wyoming
> Address: 2120 Capitol Ave., Suite 1100 Cheyenne, WY 82001
> Contact Information: (307) 829-3720

> Federal Bureau of Prisons (BOP)
> RRM Seattle
> 2425 South 200 St (at FDC)
> Seattle, WA 98198

> U.S. Immigration and Customs Enforcement
> Denver Field Office
> 12445 E. Caley Avenue
> (710) 873-2899

> Bureau of Indian Affairs
> Rocky Mountain Regional Office
> Bureau of Indian Affairs
> 2021 4th Avenue
> Billings, MT 59101

To constitute a proper monthly invoice, the name and address of the Facility, the name of each Federal prisoner, their specific dates of confinement, the total days to be paid, the appropriate per diem rate as approved in the agreement, and the total amount billed (total days multiplied by the per-diem rate per day) shall be listed, along with the name, title, complete address, and telephone number of the Local Government official responsible for invoice preparation. Additional services provided, such as transportation and guard services, shall be listed separately and itemized.

Page **16** of **18**

Local Government (initial):
Federal Government (initial):

Agreement Number 91-99-0173

Nothing contained herein shall be construed to obligate the Federal Government to any expenditure or obligation of funds in excess of, or in advance of, appropriations in accordance with the 31 U.S.C Section 1341 – Limitations on expending and obligating amounts.

(End of Provision)

**26.   Payment Procedures (May 2021)**

The Federal Government will make payments to the Local Government at the address listed in block #6 on page one (1) of this agreement. The payments will be made promptly after the district office has received and certified the invoice is correct.

(End of Provision)

**27.   Hold Harmless (May 2021)**

It is understood and agreed that the Local Government shall fully defend, indemnify, and hold harmless the United States of America, its officers, employees, agents, and servants, individually and officially, for any and all liability caused by any act of any member of the Local Government or anyone else arising out of the use, operation, or handling of any property (to include any vehicle, equipment, and supplies) furnished to the Local Government in which legal ownership is retained by the United States of America, and to pay all claims, damages, judgments, legal costs, adjuster fees, and attorney fees related thereto. The Local Government will be solely responsible for all maintenance, storage, and other expenses related to the care and responsibility for all property furnished to the Local Government.

(End of Provision)

**28.   Disputes (May 2021)**

Disputes, questions, or concerns pertaining to this Agreement will be resolved between appropriate officials of each party. Both the parties agree that they will use their best efforts to resolve the dispute in an informal fashion through consultation and communication, or other forms of non-binding alternative dispute resolution mutually acceptable to the parties.

(End of Provision)

**29.   Review of Services (November 2021)**

Review standards for prisoners may differ among authorized agency users. The Local Government agrees to allow periodic unannounced reviews by Federal Government, to include approved Federal contractors, in accordance with the standards required by any or all of the Federal authorized agency users whose prisoners may be housed pursuant to this Agreement. A summary of inspection findings will be shared with the facility administrator in order to promote improvements to facility operations, conditions of confinement, and levels of services. If the Federal Government identifies significant finding(s) during the review, the Local Government will provide the Federal Government with a corrective action plan to address the issue(s).

(End of Provision)

Page **17** of **18**

Local Government (initial): _____
Federal Government (initial): _____

Agreement Number 91-99-0173

**30.   IGA Amendments (May 2021)**

For all amendments except for full or partial terminations, either party may initiate a request for amendment to this agreement in writing. All amendments negotiated will be effective only upon written approval of both parties.

(End of Provision)

**31.   Litigation (May 2021)**

The Federal Government shall be notified, in writing, of all litigation pertaining to this agreement and provided copies of any pleadings filed or said litigation within five (5) business days of the filing.

The Local Government shall cooperate with the Federal Government legal staff and the United States Attorney regarding any requests pertaining to Federal Government or Local Government litigation.

(End of Provision)

**32.   The First Step Act (May 2021)**

This agreement refers the Local Government facility operations and administrations to the following sections of the First Step Act:

  a. Section 613 of Public Law 115-391 the FIRST STEP Act of 2018  and 18 USC 5043 with respect to any USMS juveniles in custody.

  b. Section 301 of Public Law 115-391 the FIRST STEP Act of 2018  and that pursuant to USMS policy that these requirements have been adopted for all pregnant and postpartum USMS prisoners, regardless of case status. The postpartum period is twelve weeks after childbirth, miscarriage, or abortion.

(End of Provision)

**33.   Ensuring Access to Voter Registration for Eligible Individuals in Federal Custody (February 2022)**

The facility, to the extent practicable and appropriate, will provide federal prisoners educational materials related to voter registration and voting and, upon request by the federal prisoner, facilitate voting by mail by prisoners who are eligible to vote under the laws of the applicable jurisdiction. The facility will work with state and local election officials and, in appropriate circumstances, may also work with other reliable sources of voter information to assist federal prisoners with voter registration, voting by mail, and notification of upcoming elections. This clause does not endorse or advocate in support of or in opposition to any candidate or political party.

(End of Provision)

(End of Agreement)
Page **18** of **18**

Local Government (initial): ___
Federal Government (initial): ___