DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2984
jasmine.peters@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVITI LAPACHI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00210-SWS |
| ) | |
| PAMELA JO BONDI, U.S. Attorney General; ) | |
| KRISTI NOEM, Secretary U.S. Department of ) | |
| Homeland Security; ROBERT GUADIAN, ) | |
| Denver Field Office Director ICE Enforcement and ) | |
| Removal Operations; and JOHN HARLIN, ) | |
| Sheriff, the Natrona County Detention Center, ) | |
| Casper, Wyoming, ) | |
| ) | |
| Respondents. ) | |

### UNITED STATES OF AMERICA'S SUPPLEMENTAL RESPONSE BRIEF

Respondents Pamela Jo Bondi, United States Attorney General, Kristi Noem, Secretary of the United States Department of Homeland Security, and Robert Guadian, Denver Field Office Director of the ICE Enforcement and Removal Operations (United States of America), by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, submits *United States of America's Supplemental Response Brief*.

On August 4, 2025, Lapachi filed this petition for habeas pursuant to 8 U.S.C. § 2241, in the United States District Court for the District of Colorado. (*See* Doc. 1). The District of Colorado

transferred this case to the United States District Court for the District of Wyoming on August 28, 2025. (*See* Doc. 3–5). On September 3, 2025, this Court ordered service on the United States and for the United States to respond to the petition. (Doc. 7). The United States filed a response to the petition on September 24, 2025. (Doc. 9). At that time, undersigned counsel was informed ICE had contacted alternative countries for removal and that there was a "significant likelihood of removal in the reasonably foreseeable future." (Doc. 9-1 at 3, ¶¶ 17–20).

Due to the lapse in government funding at 11:59 PM on September 30, 2025, the Court stayed this case on October 1, 2025. (Doc. 12). On October 20, 2025, the Court lifted the stay and ordered the United States to supplement its response brief "identifying the steps it has and is taking toward removing Mr. Lapachi, including countries considered and rejected for removal, where it is currently pursuing removal, and a specific timeline for his expected removal from the United States." (Doc. 13 at 4). On October 21, 2025, Lapachi filed a reply brief. (Doc. 14).

Undersigned counsel shared the Court's recent Order with ICE and was informed ICE contacted three countries in March 2025 for acceptance of Lapachi: Turkey, Azerbaijan, and Armenia. *See* Ex. 1 at 2, ¶ 8 (Lascano Supplemental Declaration). Turkey declined acceptance of Lapachi and ICE has not yet received responses from the other two countries. (*See id.* ¶¶ 9–10). Apparently, the State Department is reviewing possible other countries for Lapachi's acceptance, but has not yet decided on any, or made any additional requests. Based on the information provided to the undersigned counsel, Respondents do not appear to have a specific timeline for Lapachi's removal from the United States. (*Id.* ¶ 12).

Dated October 24, 2025.

                                      Respectfully Submitted,

                                      DARIN D. SMITH
                                      United States Attorney

                              By: */s/ Jasmine M. Peters*
                                      JASMINE M. PETERS
                                      Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing *United States of America's Supplemental Response Brief* was filed and served on Petitioner, *pro se*, on October 24, 2025, as follows:

| | |
|---|---|
| Daviti Lapachi<br>#A249384280<br>Natrona County Detention Center<br>1100 Bruce Lane<br>Casper, WY 82601 | U.S. Mail – postage prepaid |

                                      */s/ Kathryn Rauk*
                                      KATHRYN RAUK
                                      United States Attorney's Office