## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

DAVITI LAPACHI,     )
           )
  Petitioner,     )
           )
  v.         )  Case No. 1:25-cv-00210-SWS
           )
PAMELA JO BONDI, U.S. Attorney General; )
KRISTI NOEM, Secretary U.S. Department of )
Homeland Security; ROBERT GUADIAN, )
Denver Field Office Director ICE Enforcement and )
Removal Operations; and JOHN HARLIN, )
Sheriff, the Natrona County Detention Center, )
Casper, Wyoming,     )
           )
  Respondents.     )

---

## SUPPLEMENTAL DECLARATION OF RAYMUNDO LASCANO III

---

I, Raymundo Lascano III, hereby state and declare:

1. I am employed as a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations Denver Field Office (Denver ERO). My duty station is at the ICE contract detention facility in Aurora, Colorado (Denver CDF). I am the Deportation Officer assigned to the case of Daviti Lapachi, A249384280.

2. Lapachi is a native and citizen of Georgia.

3. Lapachi was taken into ICE custody on July 29, 2024, in Colorado.

4. DHS initiated removal proceedings against Lapachi pursuant to the Immigration and Nationality Act (INA), 8 U.S.C. § 1101 *et seq.* in August 2024.

5. On February 6, 2025, the Immigration Judge (IJ) ordered Lapachi's removal but granted his request for withholding.

6. Lapachi was transferred to Casper, Wyoming on July 18, 2025, and is currently detained pursuant to 8 U.S.C. § 1231.

7. The IJ's order of removal became administratively final on March 11, 2025.

8. In that same month (March 2025), ICE solicited acceptance of Lapachi from Turkey, Azerbaijan, and Armenia pursuant to 8 U.S.C. § 1231(b).

9. On March 27, 2025, ICE was notified Turkey rejected acceptance of Lapachi.

10. As of the date of this declaration, ICE has not yet received a decision from Azerbaijan or Armenia.

11. To the best of my knowledge and understanding, the U.S. Department of State is currently evaluating other possible countries for potential acceptance but has not yet formulated that list.

12. I am unable to provide a specific timeline for Lapachi's expected removal.

I declare under penalty of perjury that the foregoing is true and correct. This document was executed on October 24, 2025, in Aurora, Colorado.

Raymundo Lascano III