DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2984
jasmine.peters@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVITI LAPACHI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 1:25-cv-00210-SWS |
| ) | |
| PAMELA JO BONDI, U.S. Attorney General; ) | |
| KRISTI NOEM, Secretary U.S. Department ) | |
| Of Homeland Security; ROBERT GUADIAN, ) | |
| Denver Field Office Director ICE Enforcement ) | |
| And Removal Operations; and JOHN HARLIN, ) | |
| Sheriff, the Natrona County Detention Center, ) | |
| Casper, Wyoming, ) | |
| ) | |
| Respondents. ) | |

### UNITED STATES OF AMERICA'S NOTICE OF RELEASE

Respondents Pamela Jo Bondi, United States Attorney General, Kristi Noem, Secretary of the United States Department of Homeland Security, and Robert Guadian, Denver Field Office Director of the ICE Enforcement and Removal Operations (United States of America), by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, hereby provides notice that

Petitioner, Daviti Lapachi, was released from custody on November 6, 2025.

Dated November 7th, 2025.

                                          Respectfully Submitted,
                                          DARIN D. SMITH
                                          United States Attorney

                                  By: */s/ Jasmine M. Peters*
                                          JASMINE M. PETERS
                                          Assistant United States Attorney