# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVITI LAPACHI, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 25-CV-00210-SWS |
| ) | |
| PAMELA JO BONDI, *U.S. Attorney* ) | |
| *General,* ) | |
| KRISTI NOEM, *Secretary U.S.* ) | |
| *Department of Homeland Security,* ) | |
| ROBERT GUADIAN, *Denver Field* ) | |
| *Office Director ICE Enforcement and* ) | |
| *Removal Operations,* ) | |
| JOHN HARLIN, *Sheriff, the Natrona* ) | |
| *County Detention Center, Casper, Wyoming,* ) | |
| ) | |
| Respondents. ) | |

## RESPONDENT JOHN HARLIN'S NOTICE OF RELEASE

COMES NOW Respondent John Harlin, Sheriff, The Natrona County Detention Center, Casper, Wyoming, by and through his counsel Hampton K. O'Neill of Welborn Sullivan Meck & Tooley, P.C., and pursuant to this Court's October 30, 2025 *Writ of Habeas Corpus*, hereby notifies this Court that Mr. Lapachi was released from the Natrona County Detention Center and into ICE custody on November 3, 2025.

DATED this 10th day of November, 2025.

*Attorney for John Harlin, Defendant*

      /s/ Hampton K. O'Neill
Hampton K. O'Neill (#5-2876)
Welborn Sullivan Meck & Tooley, P.C.
159 North Wolcott, Suite 220
Casper, WY 82601
(307) 234-6907
honeill@wsmtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Respondent John Harlin's Notice of Release* was filed and served this 10th day of November as follows:

| | |
|---|---|
| Jasmine Peters<br>Darin Smith<br>United States Attorney<br>PO Box 668<br>Cheyenne, WY 82003-0668<br>*Attorneys for Defendants Pamela Jo Bondi,*<br>*Kristi Noem, and Robert Guadian* | [X] CM/ECF |
| Daviti Lapachi<br>#A249384280<br>Natrona County Detention Center<br>1100 Bruce Lane<br>Casper, WY 82601<br>*Pro Se* | [X] US Mail |

      /s/ Hampton K. O'Neill